**SO ORDERED.**

**SIGNED this 25th day of February, 2008.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | BANKRUPTCY CASE NO. |
|---|---|---|
| SHANE E. EASTMAN | § | 05-57404 LMC |
| DEBTOR | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENFORCING THE DISCHARGE AND FOR RELATED RELIEF

On the date below came to be considered the Debtor's Motion to Reopen Case for the Limited Purpose of Enforcing the Discharge and for Related Relief directed against BAKER RECOVERY SERVICES, and its Attorney, LAW OFFICES OF JUANA TREJO.

Upon consideration of the Motion, the case is reopened for the purposes to allow Plaintiff to file an Adversary Complaint and for the Court to consider same.

### ###

Prepared by
Rob Eichelbaum
6100 Bandera Road, Suite 407
San Antonio, Texas 78238